IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ILLINOIS STATE PAINTERS WELFARE
FUND, INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL #58, PAINTERS
DISTRICT COUNCIL #58 401(K) PLAN,
FINISHING TRADES INSTITUTE, LABOR
MANAGEMENT COOPERATIVE
INITIATIVE, SAFETY TRAINING AWARD
RECOGNITION, CENTRAL ILLINOIS DRUG
FUND, SOUTHERN ILLINOIS DRUG
FUND, PAINTERS DISTRICT COUNCIL #58
ADMINISTRATIVE DUES CHECK OFF,
ILLINOIS STATE PAINTERS HEALTH &
WELFARE FUND, PAINTERS & GLAZIERS
OF CENTRAL AND SOUTHERN ILLINOIS,

Plaintiffs,

v.

CAPITAL RESTORATION & PAINTING CO.,

Defendant.                                          No. 13-cv-1104-DRH-DGW

**MEMORANDUM AND ORDER**

**HERNDON, Chief Judge:**

On May 7, 2014, plaintiffs filed a motion for default judgment pursuant to Federal Rule of Civil Procedure 55. A review of the motion demonstrates plaintiffs have not followed Local Rule 55.1. Thus, plaintiffs' motion is denied at this time.

The Court notes that Local Rule 55.1(b) requires that the motion seeking default judgment "shall contain a statement that a copy of the motion has been

mailed to the last known address of the party from whom default judgment is sought. If the moving party knows, or reasonably should know, the identity of an attorney thought to represent the defaulted party, the motion shall also state that a copy has been mailed to that attorney."

In this case, the motion does not contain a statement that a copy of the motion was sent to the defendant's last known address. A certificate of service is not enough. And further, pursuant to this Court's interpretation of the local rules, the attorney for the moving parties has not certified, as an officer of the Court, that he or she does not have knowledge that the defaulted party is represented by counsel for any matter whatsoever and there is no counsel to whom the motion can be mailed. As these procedures were not followed in this instance, this motion is **DENIED** at this time (Doc. 15). Plaintiffs are granted leave to file a new motion for default judgment on or before **May 22, 2014**.

**IT IS SO ORDERED.**

Signed this 8th day of May, 2014.

Digitally signed by
David R. Herndon
Date: 2014.05.08
16:20:01 -05'00'

**Chief Judge
United States District Court**